UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DERON D. SIMPSON,

          Plaintiff,

   v.

UNITED STATES DISTRICT COURT,

          Defendant.

CASE NO. 3:23-CV-5078-DGE

REPORT AND RECOMMENDATION

Noting Date: March 10, 2023

    Plaintiff Deron D. Simpson, proceeding *pro se*, initiated this action on January 30, 2023. *See* Dkt. 1. The District Court has referred Plaintiff's Application to Proceed *In Forma Pauperis* ("IFP") and proposed complaint to Chief United States Magistrate Judge David W. Christel pursuant to Amended General Order 11-22.

    On January 31, 2023, the Clerk of Court sent Plaintiff a letter notifying Plaintiff that his proposed complaint was deficient because it was blank and was not properly signed. Dkt. 2. The Clerk of Court warned Plaintiff that if he did not correct the identified deficiencies by February 14, 2023, this action could be dismissed. *Id*.

REPORT AND RECOMMENDATION - 1

Plaintiff has not responded to the Clerk of Court's letter and has not filed a proposed complaint that contains any allegations. As Plaintiff has failed to prosecute this case and failed to state any claims in his proposed complaint, the Court finds this case should be dismissed. Therefore, the Court recommends the Application to Proceed IFP (Dkt. 1) be denied and this case be dismissed.[1]

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on March 10, 2023, as noted in the caption.

Dated this 23rd day of February, 2023.

*signature*

David W. Christel
Chief United States Magistrate Judge

---

[1] The Court additionally notes that, in his Application to Proceed IFP, Plaintiff states he is employed, but on medical sick leave, and his total net monthly salary is $225,000.00. Dkt. 1. Plaintiff singed the Application to Proceed IFP under penalty of perjury. *Id*. If this information is accurate, which Plaintiff attests that it is, Plaintiff would likely not be entitled to IFP status.