UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERON SIMPSON,<br><br>                          Plaintiff,<br><br>         v.<br><br>UNITED STATES DISTRICT COURT,<br><br>                          Defendant. | CASE NO. 3:23-cv-05078-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 4) |

The Court, having reviewed the Report and Recommendation (Dkt. No. 4) of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1) The Court ADOPTS the Report and Recommendation.

    (2) Plaintiff has failed to prosecute this case and has failed to state a claim upon which relief can be granted.  Therefore, the Application to Proceed IFP (Dkt. No. 1) is DENIED and this case is DISMISSED without prejudice.

    (3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 14th day of March, 2023.

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 4) - 1

1
2
3   David G. Estudillo
    United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 4) - 2